# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2010

140297(79)(81)(84)
140299

In re INVESTIGATIVE SUBPOENAS.

_____

GRAND TRAVERSE COUNTY PROSECUTOR,
      Petitioner-Appellee,

v

MEIJER, INC.,
      Respondent-Appellee,
and

DICKINSON WRIGHT EMPLOYEES,
      Respondents-Appellants.

_____

In re INVESTIGATIVE SUBPOENAS.

_____

GRAND TRAVERSE COUNTY PROSECUTOR,
      Petitioner-Appellee,

v

MEIJER, INC.,
      Respondent-Appellant,
and

DICKINSON WRIGHT EMPLOYEES,
      Respondents-Appellees.

_____

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140297
COA: 284993
Grand Traverse CC: 08-026516-PZ

SC: 140299
COA: 284993
Grand Traverse CC: 08-026516-PZ

     On order of the Chief Justice, motions by the League of Women Voters of Michigan and others and by Concerned Citizens of Acme Township and by the Michigan Education Association and others for leave to file briefs *amicus curiae* in this case are considered and they are granted.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2010

Clerk